IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMARA VILLANUEVA, | ) | 4:11CV3185 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CITY OF SCOTTSBLUFF, and | ) | |
| ALEX MORENO, Individually and | ) | |
| in his official capacity as Chief of | ) | |
| Police, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the suggestion of bankruptcy (filing 57) filed by defendant Alex Moreno,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a)(1);

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 7th day of May, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge