IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | CASE NO. BK13-40853-TLS |
| ALEXANDER B. MORENO and | ) | |
| CLARA MORENO, | ) | A13-4025-TLS |
| | ) | |
| Debtor(s). | ) | 4:11CV3185 |
| TAMARA VILLANUEVA, | ) | |
| | ) | CHAPTER 7 |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF SCOTTSBLUFF and | ) | |
| ALEX MORENO, individually and in his | ) | |
| official capacity as Chief of Police, | ) | |
| | ) | |
| Defendant(s). | ) | |

REPORT and RECOMMENDATION

This matter is before the court on the status reports filed by the defendants (Fil. Nos. 6 and 7).

The litigation involves allegations of negligence and civil rights violations against the debtor and his former employer. It was scheduled for a jury trial in federal district court in June 2013 until the bankruptcy case was filed and the lawsuit was referred to this court.

The parties' stipulation for relief from the automatic stay to proceed with the lawsuit in district court has been approved by separate order entered in the bankruptcy case. Therefore, I respectfully recommend to the United States District Court for the District of Nebraska that it withdraw the reference of this adversary proceeding to move forward with the parties' litigation, although the debtor shall have no personal liability for any monetary judgment.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED:     June 21, 2013

RESPECTFULLY SUBMITTED,

  /s/ Thomas L. Saladino
Chief Judge

Notice given by the Court to:
    Abby K. Osborn
    Joy Shiffermiller
    Jerry L. Pigsley
    Adam Prochaska
    Wayne E. Griffin
    U.S. Trustee