IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMARA VILLANUEVA, | ) | 4:11CV3185 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CITY OF SCOTTSBLUFF and ALEX MORENO, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| IN THE MATTER OF: | ) | BK13-40853-TLS |
| | ) | Chapter 7 |
| ALEXANDER B. MORENO and CLARA MORENO, | ) ) | A13-4025 -TLS |
| | ) | |
| Debtors. | ) | |

    This matter is before the Court upon the report and recommendation of the United States Bankruptcy Judge, who recommends that the referral of this adversary proceeding be withdrawn and that the case go forward in the United States District Court for the District of Nebraska. No objection to the report and recommendation has been filed by any party within the time permitted by NEGenR 1.5(b)(2). I will adopt the report and recommendation.

    IT IS ORDERED:

    1. Pursuant to the report and recommendation of the United States Bankruptcy Judge (filing 59), the referral of this matter to the Bankruptcy Court is withdrawn and the case is returned to the District Court for further proceedings, as appropriate.

2. The Clerk of the court shall provide Magistrate Judge Zwart with a copy of this Order.

DATED this 17th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.