IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMARA VILLANUEVA, | ) | Case No. 11CV-03185 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SCOTTSBLUFF; and ALEX MORENO, Individually and in his official capacity as Chief of Police, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon the motion of defendants for leave to take depositions after the discovery cut-off date (Filing No. 78). Upon consideration of the motion and circumstances, the Court grants defendants' motion.

IT IS SO ORDERED that the deadline for taking the depositions of Anne Leach and Claudia Weinbender be extended to December 30, 2013.

DATED this 21st day of November, 2013.

BY THE COURT:

_Cheryl R. Zwart_
Cheryl R. Zwart
United States Magistrate Judge