IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMARA VILLANUEVA,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SCOTTSBLUFF, ALEX MORENO, Individually and in his official capacity as Chief of Police;<br><br>        Defendants. | 4:11CV3185<br><br>ORDER |

Due to the anticipated length of Judge Kopf's upcoming trial, and recognizing that the defendant's motion for summary judgment remains pending,

IT IS ORDERED:

1) The trial and pretrial conference are continued pending further order of the court.

2) Within ten days following Judge Kopf's rulings on the pending motions, the parties shall contact my chambers to discuss a new trial and pretrial conference setting.

Dated this 31st day of December, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge